**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| ANA NUNO CASTELLANOS | CIVIL ACTION NO. 26-3779 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| TODD BLANCHE, ET AL. | MAGISTRATE JUDGE WHITEHURST |

## MEMORANDUM ORDER

Ana Nuno Castellanos ("Petitioner") filed a petition for a writ of habeas corpus, Record Document 1, and a motion for a temporary restraining order and preliminary injunction, Record Document 7. The habeas petition is **REFERRED** to the Magistrate Judge for recommendation. For the following reasons, the motion for motion for a temporary restraining order and preliminary injunction, Record Document 7, is **DENIED**.

Petitioner's motion for a temporary restraining order and preliminary injunction turns on her request for immediate release. Record Document 7 at 9. As such, Petitioner's motion mirrors the same relief demanded in her habeas petition. "Seeking injunctive relief that mirrors the relief requested in the habeas petition is nothing more than a motion to decide my habeas petition now…The Court will not allow Petitioner to commit an end-run around the habeas process." *Da Silva v. Tellez*, No. 25-1960, 2025 WL 3553041, at *1 (W.D. La. Dec. 8, 2025).

**DONE AND SIGNED** at Shreveport, Louisiana, this 19th day of November, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE